**UNITED STATES FIRE INSURANCE COMPANY, Plaintiff-Appellant,**

v.

**CHINA UNION LINES LIMITED, Defendant-Appellee.**

**No. 927, Docket 73-2552.**

United States Court of Appeals, Second Circuit.

Argued May 9, 1974.

Decided May 22, 1974.

---

* The Honorable Otto R. Skopil, United States District Judge for the District of Oregon, sitting by designation.

* Honorable Robert H. Schnacke, United States District Judge, Northern District of California, sitting by designation.

James H. Simonson, New York City (Bigham Englar Jones & Houston, New York City, on the brief), for plaintiff-appellant.

Edward H. Duggan, Jr., New York City (Hill, Betts & Nash, Eli Ellis, Allan J. Berdon, New York City, on the brief), for defendant-appellee.

Before ANDERSON, FEINBERG and MANSFIELD, Circuit Judges.

PER CURIAM:

The judgment of the district court is affirmed upon the opinion of Judge Motley. 375 F.Supp. 652 (1974).